■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY CASTIMORE, Appellant.—Judgment unanimously affirmed. Memorandum: The court properly denied defendant's motion to suppress. The record establishes that defendant was not so intoxicated that he was unable to comprehend the Miranda warnings (see, Miranda v Arizona, 384 US 436) he was given and that he knowingly and voluntarily waived his rights (see, People v Schompert, 19 NY2d 300, 305-307, cert

*denied* 389 US 874; *People v Williams,* 147 AD2d 515, 516; *People v Perry,* 144 AD2d 706). We also conclude that the verdict was supported by the weight of the evidence and that the evidence was legally sufficient *(see, People v Bleakley,* 69 NY2d 490, 495). (Appeal from judgment of Erie County Court, Lomanto; J.—assault, first degree.) Present—Callahan, J. P., Doerr, Boomer, Green and Balio, JJ.